1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   RAOUL FLAVIANO,

11              Plaintiff,                          No. C 14-05671 WHA

12      v.

13   DEPARTMENT OF STATE HOSPITALS,          **ORDER FOLLOWING**
     NAPA, DENISE DALY, JASON GOODING,       **INITIAL CASE**
14   and DOES 1 through 50, inclusive,       **MANAGEMENT CONFERENCE**

15              Defendants.

16   _____/

17          On April 30, the parties appeared for an initial case management conference.  As stated

18   at the initial case management conference, both sides shall cooperate in the exchange of

19   discovery regarding the release.  Defendants have until **JUNE 4, 2015**, to bring a motion for

20   summary judgment regarding the release.  No other deadlines will be set for now.

21

22          **IT IS SO ORDERED.**

23

24   Dated:   May 1, 2015.

25                                              WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

26

27

28

United States District Court
For the Northern District of California