IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAOUL FLAVIANO,

    Plaintiff,

v.

DEPARTMENT OF STATE HOSPITALS, NAPA, DENISE DALY, JASON GOODING, and DOES 1 through 50, inclusive,

    Defendants.

No. C 14-05671 WHA

**SECOND CASE MANAGEMENT ORDER**

Plaintiff's motion to continue the trial date and associated pre-trial deadlines is **GRANTED** as follows:

- All deadlines relating to experts are continued by **TWELVE WEEKS**.
- The deadline to file dispositive motions shall be **JANUARY 5, 2017**.
- The final pretrial conference shall be **FEBRUARY 22, 2017**.
- A jury trial shall begin on **FEBRUARY 27, 2017**.

**IT IS SO ORDERED.**

Dated: September 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE