**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   RAOUL FLAVIANO,                              No. C 14-05671 WHA
11              Plaintiff,
12     v.                                         **NOTICE RE OPPORTUNITIES**
                                                  **FOR YOUNG ATTORNEYS**
13   DEPARTMENT OF STATE HOSPITALS,
     NAPA, *et al.*,
14
15              Defendants.
                                            /
16
17          Counsel will please keep in mind the need to provide arguments and courtroom
18   experience to the next generation of practitioners.  The Court will particularly welcome any
19   lawyer with four or fewer years of experience to argue the upcoming motion for summary
20   judgment.
21
22
23
24   Dated:   January 3, 2017.
25                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California