IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL FLAVIANO,<br>    Plaintiff,<br>  v.<br>CALIFORNIA DEPARTMENT OF STATE HOSPITALS, NAPA, DENISE DALY, JASON GOODING, and DOES 1 through 50, inclusive,<br>    Defendants. | No. C 14-05671 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants California Department of State Hospitals, Napa, Denise Daly, and Jason Gooding and against plaintiff Raoul Flaviano. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE